IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:22-CR- |
| v. | |
| LESLIE MICHAEL ALT | |

3-22CR0368-S

### INDICTMENT

The Grand Jury charges:

Count One
Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a) and (e))

Between on or about January 1, 2020 through on or about July 12, 2022, in the Dallas Division of the Northern District of Texas, **Leslie Michael Alt**, the defendant, did use, persuade, induce, and entice, and attempt to use, persuade, induce, and entice, a minor, Jane Doe #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant used a concealed camera, the internet and a Google Clip camera, to create, and attempt to create, a visual depiction of Jane Doe #1, a minor, who was then between the ages of 10 and 12-years-old, depicting the lascivious exhibition of her genitals and pubic area.

In violation of 18 U.S.C. § 2251(a), the penalty for which is found at 18 U.S.C. § 2251(e).

Indictment—Page 1

<u>Count Two</u>
Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a) and (e))

On or about August 3, 2022, in the Dallas Division of the Northern District of Texas, **Leslie Michael Alt**, the defendant, did use, persuade, induce, and entice, and attempt to use, persuade, induce, and entice, a minor, Jane Doe #2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant used a concealed recording device and the internet to create, and attempt to create, a visual depiction of Jane Doe #2, a minor who was then 11-years-old, which depicted the lascivious exhibition of her genitals and pubic area.

In violation of 18 U.S.C. § 2251(a), the penalty for which is found at 18 U.S.C. § 2251(e).

Count Three
Transportation of Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(1))

On or about May 3, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Leslie Michael Alt**, did knowingly transport and ship child pornography using a means and facility of interstate and foreign commerce by any means, including by computer. Specifically, the defendant, using a laptop computer, the internet and a peer-to-peer file sharing program, sent and transmitted a visual depiction of a minor engaged in sexually explicit conduct and the lewd and lascivious exhibition of the genitals of a minor, as defined in 18 U.S.C. § 2256, including the following:

| Toddler girl Orange top ass fuck.3gp | Video file depicting a minor girl who is lying on her side on a bed. The girl is wearing an orange top and blue shorts. The hand of a male pulls down her shorts exposing her buttocks. He massages the girl's buttocks and exposes her genitals with his hand. He then penetrates the girl's genitals with his penis and then digitally penetrates the girl's genitals. Then, he penetrates the girl's mouth with his penis. |

In violation of 18 U.S.C. § 2252A(a)(1), the penalty for which is found at 18 U.S.C. § 2252A(b)(1).

Count Four
Transportation of Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(1))

On or about March 21, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Leslie Michael Alt**, did knowingly transport and ship child pornography using a means and facility of interstate and foreign commerce by any means, including by computer. Specifically, the defendant, using a laptop computer, the internet and a peer-to-peer file sharing program, sent and transmitted a visual depiction of a minor engaged in sexually explicit conduct and the lewd and lascivious exhibition of the genitals of a minor, as defined in 18 U.S.C. § 2256, including the following:

| | |
|---|---|
| [PHANT]—Oooooh Baby – Padre gordo se restriega en hija de 6.mp4 | Video file depicting a minor girl who is lying on her stomach on a bed. The girl's panties are at her thighs. A male wearing only underwear is straddling the child. He is penetrating the girl's genitals with his penis. He then turns her over on her back and penetrates her genitals with his fingers and with his penis as the girl covers her face with her arms. |

In violation of 18 U.S.C. § 2252A(a)(1), the penalty for which is found at 18 U.S.C. § 2252A(b)(1).

## Count Five
### Transportation of Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(1))

On or about February 11, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Leslie Michael Alt**, did knowingly transport and ship child pornography using a means and facility of interstate and foreign commerce by any means, including by computer. Specifically, the defendant, using a laptop computer, the internet and a peer-to-peer file sharing program, sent and transmitted a visual depiction of a minor engaged in sexually explicit conduct and the lewd and lascivious exhibition of the genitals of a minor, as defined in 18 U.S.C. § 2256, including the following:

| | |
|---|---|
| (Phant) – Hard – Papa Usa A Su Hija De 5 Como Juguete En La Ducha.avi | Video file depicting a nude minor girl standing in a bathtub and a male is on his knees in the bathtub with the girl. The male is holding the girl's arms together at her chest with one arm as he uses one hand to hold his penis and penetrates the girl's genitals. He repositions the girl, holding her legs together with one hand and his penis rubs against her genitals. Then, he holds the girl around the waist and penetrates her anus with his penis. The girl is crying throughout the video. |

In violation of 18 U.S.C. § 2252A(a)(1), the penalty for which is found at 18 U.S.C. § 2252A(b)(1).

## Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any of the offenses alleged in Counts One, Two, Three, Four, and Five, and pursuant to 18 U.S.C. § 2253(a), the defendant, **Leslie Michael Alt** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2251 and 2252A, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the previously-mentioned defendant includes, but is not limited to, any interest in the following:

1. Dell Inspiron laptop computer, Model N7010, with Service Tag/Serial Number 58VR9M1, containing a Western Digital 640GB Scorpio Blue hard drive, bearing serial number WX21A40P5096;

2. Google Clip Camera; and

3. Black USB Charging Port with embedded camera and a 64GB Micro SD Card, bearing serial number 9377YXFKP23G.

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY


_____
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8809

Indictment—Page 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

LESLIE MICHAEL ALT

INDICTMENT

18 U.S.C. § 2251(a) and (e)
Production of Child Pornography
(Count 1 and 2)

18 U.S.C. § 2252A(a)(1)
Transportation of Child Pornography
(Count 3-5)

18 U.S.C. § 2253
Forfeiture Notice

5 Counts

A true bill rendered

DALLAS                                                    FOREPERSON

Filed in open court this 27 day of September, 2022.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending