IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LESLIE MICHAEL ALT (01) | NO.  3:22-CR-368-S |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States Attorney for the Northern District of Texas respectfully advises the Court, and all interested parties, that Assistant United States Attorney Brandie Wade will now be appearing on behalf of the United States.  Therefore, the government respectfully requests that the Clerk of Court substitute Assistant United States Attorney Brandie Wade, for former Assistant United States Attorney Camille E. Sparks, in this matter.

    Respectfully submitted,

    LEIGHA SIMONTON
    UNITED STATES ATTORNEY

    */s/ Brandie Wade*
    BRANDIE WADE
    Assistant United States Attorney
    Texas State Bar No. 24058350
    1100 Commerce Street, Suite 300
    Dallas, Texas 75242
    Telephone: (214) 659-8600
    Facsimile: (214) 659-8808
    Email: brandie.wade@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of September 2023, that this document was filed with the Clerk of Court via the court's ECF System.

/s/ *Brandie Wade*
BRANDIE WADE
Assistant United States Attorney