# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS,** | § | **CASE NO.:  3:22-CR-268-S (01)** |
| | § | |
| **LESLIE MICHAEL ALT** | § | |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

     **LESLIE MICHAEL ALT,** by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to **Counts 1 through 5 of the 5-Count Indictment, filed on September 27, 2022**. After cautioning and examining **Defendant Leslie Michael Alt,** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense.  I therefore recommend that the plea of guilty be accepted, and that **Defendant Leslie Michael Alt,** be adjudged guilty of **(Counts 1 and 2) -  Production of Child Pornography, in violation of 18 U.S.C. § 2251(a) and (e) and  (Counts 3, 4 and 5) – Transportation of Child Pornography, in violation of 18 U.S.C. § 2252(a)(1),** and have sentence imposed accordingly.  After being found guilty of the offense by the district judge.

**☒**    The defendant is currently in custody and should be ordered to remain in custody.

**☐**    The defendant must be ordered detained pursuant to 18 U.S.C. § 3143(a)(1) unless the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released.

        **☐**    The Government does not oppose release.
        **☐**    The defendant has been compliant with the current conditions of release.
        **☐**    I find by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore be released under § 3142(b) or (c).

        **☐**    The Government opposes release.
        **☐**    The defendant has not been compliant with the conditions of release.
        **☐**    If the Court accepts this recommendation, this matter should be set for hearing upon motion of the Government.

**☐**    The defendant must be ordered detained pursuant to 18 U.S.C. § 3143(a)(2) unless (1)(a) the Court finds there is a substantial likelihood that a motion for acquittal or new trial will be granted, or (b) the Government has recommended that no sentence of imprisonment be imposed, or (c) exceptional circumstances are clearly shown under § 3145(c) why the defendant should not be detained, and (2) the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released.

Signed September 26, 2023.

                                   _____
                                   REBECCA RUTHERFORD
                                   UNITED STATES MAGISTRATE JUDGE

### NOTICE

     Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS,** | § | **CASE NO.: 3:22-CR-268-S (01)** |
| | § | |
| **LESLIE MICHAEL ALT** | § | |

**NOTICE REGARDING ENTRY OF A**
**PLEA OF GUILTY**

In the event the Defendant decides at any time before trial to enter a plea of guilty, the United States Magistrate Judge is authorized, in accordance with <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997), with the consent of the Defendant, to conduct the proceedings required by Rule 11, F.R.Cr.P. incident to the making of the plea. If, after conducting such proceedings, the Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, F.R.Cr.P. The assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation and if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement and will determine and impose sentence. The Defendant may file written objections to the Magistrate Judge's recommendation within fourteen (14) days from the date of the recommendation pursuant to 28 U.S.C. §636(b)(1)(B).

**CONSENT**

I hereby declare my intention to enter a plea of guilty in the above case and I request and consent to the United States Magistrate Judge conducting the proceedings required by Rule 11, F.R.Cr.P. incident to the making of such plea. I understand that if my plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

I acknowledge receipt of this document, given to me on this date.

Signed September 26, 2023.

_____          _____
LESLIE MICHAEL ALT                                         MARIA A. PEDRAZA
DEFENDANT                                                        DEFENDANT'S ATTORNEY